1

2                        UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA

4

5    LYNN HAMBOLU,

6              Plaintiff,                       No. C 12-3824 PJH

7         v.                                    **ORDER DENYING MOTIONS FOR
                                                EX PARTE RELIEF**
8    PARKMERCED INVESTORS
     PROPERTIES LLC,
9
               Defendant.
10   _____/

11

12        On August 30, 2012, plaintiff Lynn Hambolu ("plaintiff") filed a motion for

13   repossession of her home and return of her property, and also filed a motion to remove her

14   state court case (brought by her apartment complex for wrongful detainer) to federal court.

15        Plaintiff has been before this court before, seeking a temporary restraining order

16   preventing her eviction.  See Dkts. 6, 9.  The court noted that the Anti-Injunction Act

17   constrains the ability of federal courts to stay state court actions, and denied plaintiff's

18   request.  Plaintiff's claims as to her apartment and her personal property relate to the

19   unlawful detainer case, and thus should be litigated in state court.  Accordingly, to the

20   extent plaintiff's motion seeks recovery of her apartment and her personal property, the

21   motion is DENIED.

22        Plaintiff also seeks removal of the state court unlawful detainer case to federal court.

23   However, plaintiff has not given any basis for removal of the unlawful detainer case, and

24   her motion consists largely of quotations from other cases.  Moreover, unlawful detainer

25   actions do nor arise under federal law, making removal improper.  See, e.g., Wells Fargo

26   Bank, N.A. v. Dimas, 2012 WL 1424803 (N.D. Cal. Apr. 24, 2012).  Accordingly, plaintiff's

27   motion to remove case CUD-11-639063 is DENIED.

28

*United States District Court*
*For the Northern District of California*

**IT IS SO ORDERED.**

Dated: August 31, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court

For the Northern District of California