UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYNN HAMBOLU,

    Plaintiff,

    v.

PARKMERCED INVESTORS PROPERTIES LLC,

    Defendant.

_____/

No. C 12-3824 PJH

**ORDER GRANTING VOLUNTARY DISMISSAL**

On October 19, 2012, plaintiff Lynn Hambolu ("plaintiff") filed a motion seeking "an order to voluntary dismissal complaint [sic]." However, the caption of the motion stated that it was a "motion to amend complaint," so as a result, the court could not determine whether plaintiff truly sought to voluntarily dismiss the complaint. Plaintiff has since contacted the court and clarified that she does wish to voluntarily dismiss the complaint, so the complaint is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 24, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge