UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYNN HAMBOLU,

        Plaintiff,

        v.

PARKMERCED INVESTORS PROPERTIES LLC,

        Defendant.
_____/

No. C 12-3824 PJH

**JUDGMENT**

Pursuant to an order entered today at plaintiff's request, the complaint is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 24, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge